■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD J. LO VERDE and THOMAS J. ZANGHI, JR., Appellants.— Judgments of conviction affirmed. All concur. (Appeals from judgment of Wyoming County Court convicting both defendants of the crime of endangering the morals of a minor.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY LEE HINES, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Monroe County Court convicting defendant of the crime of assault, second degree.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ FRANK FRANASIAK, Appellant, v. JERALD R. MOLDENHAUER, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: We find the amount of the verdict rendered by the jury inadequate under the facts presented in the record. All concur. (Appeal, on the ground of inadequacy, from a judgment of Niagara Trial Term, for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ JOHN E. LUX, Respondent, v. VILLAGE OF WATERLOO, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Seneca Trial Term for plaintiff in an action for damage from a broken water main.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.